Raed Gonzalez, Esq.
GONZALEZ OLIVIERI, LLC
9920 Gulf Freeway, Suite 100
Houston, TX 77034
Tel: 713-481-3040
Fax: 713-588-8683
*Counsel of Record for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| Humberto García <br> Andrea Soledad García <br> Anna Beatriz García <br> L.G., by her next friend, Andrea Soledad Garcia <br><br> On behalf of themselves and all others similarly situated <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD M. LYONS, <br><br> *Defendants*. | §§§§§§§§§§§§§§§§§§§§§ | Case No. <u>7:26-cv-00085</u> <br><br> Date: February 24, 2026 |

## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

NOW COMES Plaintiffs, as individuals, and on behalf of all Class members, and hereby certify that the following persons or entities have a financial interest in the outcome of this litigation:

1. Humberto Garcia, Donna, Texas

2. Andrea Soledad Garcia, Donna, Texas

3. Anna Beatriz Garcia, Donna, Texas

4. L.G., Donna, Texas

5. Raed Gonzalez, Esq., Houston, Texas

6. Alexander Afanassiev, Esq., Houston, Texas

7. Ross Miller, Esq., Houston, Texas

8. Pamela Dones, Esq. Houston, Texas

9. Gonzalez Olivieri, LLC, Houston, Texas

10. Kristi Noem, Washington, D.C.

11. U.S. Department of Homeland Security, Washington, D.C.

12. Todd M. Lyons, Washington, D.C.

13. U.S. Immigration and Customs Enforcement, Washington, D.C.

14. Nicholas J. Ganjei, Esq., U.S. Attorney, Houston, Texas

15. U.S. Attorney's Office for the Southern District, Houston, Texas

16. Pamela Jo Bondi, U.S. Attorney General, Washington, D.C.

17. U.S. Department of Justice, Washington, D.C.


Respectfully submitted,


*/s/ Raed Gonzalez*
Raed Gonzalez, Esq.
GONZALEZ OLIVERI, LLC
9920 Gulf Freeway, Suite 100
Houston, TX 77034
Tel: 713-481-3040
Fax: 713-588-8683
*Counsel of Record for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Certificate of Interested

Parties with the Court and on Defendants via the Court's electronic filing system on

February 24, 2026.

/s/ Raed Gonzalez
Raed Gonzalez, Esq.
*Counsel*