United States District Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| HUMBERTO GARCIA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:26-CV-00085 |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MINUTE ENTRY

The Court is cognizant that pending before it is Plaintiff's Motion for Continuance of Responsive Pleading Deadline and Initial Conference. Dkt. No. 17. The Court hereby appraises the parties that it will hear arguments on said motion, including whether to continue any further hearings, at the conference set for tomorrow, June 2, 2026 at 9:30 AM.

SO ORDERED June 1, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge