United States District Court
Southern District of Texas
**ENTERED**
August 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| HUMBERTO GARCIA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:26-CV-00085 |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the motion to continue responsive pleading deadline and initial conference filed by Defendants Markwayne Mullin; U.S. Department of Homeland Security; Todd M. Lyons; and U.S. Immigration and Customs Enforcement. Dkt. No. 17. For the reasons stated at the June 2, 2026 conference, the motion is **GRANTED**.

Defendants shall answer Plaintiff's complaint by August 27, 2026.

SO ORDERED August 4, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge

1 / 1