United States District Court
Southern District of Texas
**ENTERED**
September 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Humberto Garcia, *et al*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 7:26-cv-00085 |
| | § | |
| Kristi Noem, *et al*, | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the Motion to Continue Responsive Pleading Deadline filed by Defendants Markwayne Mullin; U.S. Department of Homeland Security; Todd M. Lyons; and U.S. Immigration and Customs Enforcement. Dkt. No 23. For the reasons stated in the motion, it is **GRANTED**.

Defendants shall answer Plaintiff's complaint by September 3, 2026. It is so **ORDERED**.

SO ORDERED August 31, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge